[No. 29650-7-I.   Division One.   October 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK
PARRA, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 91-1-00317-6, Michael F. Moynihan, J.,
entered November 15, 1991. *Reversed* by unpublished per
curiam opinion.

[No. 28818-1-I.   Division One.   October 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ADELL
ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01204-7, Steven G. Scott, J., entered July
15, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 14996-6-II.   Division Two.   October 15, 1992.]

*In the Matter of the Dependency of* T.M., ET AL.

THE STATE OF WASHINGTON, *Respondent*, v. LESA
MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 87-7-90, Milton R. Cox, J., entered April 16,
1991. *Affirmed* by unpublished opinion per Seinfeld, J., con-
curred in by Morgan, A.C.J., and Alexander, J.